| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Matthew** First Name | **Wyatt** Middle Name | **Foreman** Last Name |
| Debtor 2 (Spouse if, filing) | **Janet** First Name | **Renae** Middle Name | **Foreman** Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF OKLAHOMA | | |
| Case number (if known) | 18-80599 | | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **First United Bank & Trust**<br><br>Description of property securing debt: **6003 W Okmulgee Muskogee, OK 74401  Muskogee County The east 50 feet of the North half of the West half of the West half of the NW/4 of the NW/4 of the NE/4 of Section 30, Township 15 North, Range 18 East, Muskogee County, Oklahoma, LESS R** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Tulsa Teachers Credit Union**<br><br>Description of property securing debt: **2005 Toyota Tundra 159,450 miles Location: 6003 W Okmulgee, Muskogee OK 74401** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br>**Retain** | ☐ No<br><br>■ Yes |

Official Form 108     Statement of Intention for Individuals Filing Under Chapter 7     page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Matthew Wyatt Foreman** | | |
|---|---|---|---|
| Debtor 2 | **Janet Renae Foreman** | Case number (*if known*) | **18-80599** |

| Creditor's name: | **Tulsa Teachers Credit Union** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2012 Toyota Tundra 146,572 miles** **Location: 6003 W Okmulgee, Muskogee OK 74401** | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ Yes |
| | | ■ Retain the property and [explain]: **Retain** | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| X | **/s/ Matthew Wyatt Foreman** | X | **/s/ Janet Renae Foreman** |
|---|---|---|---|
| | **Matthew Wyatt Foreman** <br> Signature of Debtor 1 | | **Janet Renae Foreman** <br> Signature of Debtor 2 |
| Date | **April 15, 2019** | Date | **April 15, 2019** |